LANZA ET AL. *v.* NEW JERSEY.

No. 560.   Decided January 20, 1964.

*Jacob Green* for appellants.

*Arthur J. Sills,* Attorney General of New Jersey, and *Bernard Hellring* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

ARONOFF ET AL. *v.* FRANCHISE TAX BOARD OF CALIFORNIA ET AL.

No. 639.   Decided January 20, 1964.

*Thomas W. LeSage* for appellants.

*Stanley Mosk,* Attorney General of California, *Dan Kaufmann,* Assistant Attorney General, and *Ernest P. Goodman,* Deputy Attorney General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.